UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
SEBASTIAN MATIAS,

                           Plaintiff,                    20-cv-7494 (JPO)

   -against-                                             **<u>ORDER</u>**

ALVARO J. ZELAYA and
ABZ TRANSPORT INC.,

                           Defendants.
-----------------------------------------------------X

After a conference held on April 28, 2021 between the Court and the attorneys for the parties herein, and the Court having previously issued an Order setting a fact discovery deadline of June 1, 2021, and counsel for defendants having advised the Court that she cannot get in touch with her clients to provide discovery and/or appear for a deposition; it is

**ORDERED**, that if defendants ALVARO J. ZELAYA and ABZ TRANSPORT INC., fail to respond to discovery by June 1, 2021, the Court will impose sanctions against said defendants including, but not limited to, striking their Answer and issuing a default judgment against said defendants.

Dated: May 5, 2021
New York, New York

_____
             J. PAUL OETKEN
          United States District Judge