UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEBASTIAN MATIAS,

                Plaintiff,

-v-

ALVARO J. ZELAYA, et al.,

                Defendants.

20-CV-7494 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Albert K. Kim, counsel for Plaintiff, has informed the Court that he has left his law firm and is no longer working on this case. (Dkt. No. 29.) The Clerk of Court is instructed to remove Albert K. Kim from this case and from this action's CM/ECF list.

    SO ORDERED.

Dated: July 6, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge